JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C., by and through his Guardian Ad Litem MARIA CHACON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; et al.,<br><br>Defendants. | **Case No. CV 11-02919 CAS (DTBx)**<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** that the Complaint of EDGAR CHACON ("Plaintiff") in USDC case no. CV 11-02919 CAS (DTBx) is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: April 20, 2012

_____
Hon. Christina A. Snyder
United States District Judge